# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*Three United States Postal Service Parcels in the custody of the United States Postal Inspection Service, in Chino, California* | ) ) ) ) ) ) Case No. **2:23-MJ-02973** |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

located in the Central District of California, there is now concealed *(identify the person or describe the property to be seized)*:
*See Attachment B*

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | (Distribution and Possession with Intent to Distribute a Controlled Substance) |
| 21 U.S.C. § 846 | (Conspiracy to Distribute or Possess with Intent to Distribute a Controlled Substance) |
| 21 U.S.C. § 843(b) | (Unlawful Use of a Communication Facility, including the Mails, to Facilitate the Distribution of a Controlled Substance) |

The application is based on these facts: *See attached Affidavit*
☒ Continued on the attached sheet.

☐ Delayed notice of _____ days (*give exact ending date if more than 30 days*:_____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*/s/ TFO David Thompson*
_____
*Applicant's signature*

TFO David Thompson, USPIS
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____

_____
*Judge's signature*

City and state: Los Angeles, CA       The Honorable Rozella A. Oliver, U.S. Magistrate Judge
_____
*Printed name and title*

AUSA: Derek R. Flores (x4896)

**ATTACHMENT A**

PARCELS TO BE SEARCHED

The following USPS parcels (collectively, the "**SUBJECT PARCELS**"), currently in the custody of the United States Postal Inspection Service:

    a.    **SUBJECT PARCEL 1** is a United States Postal Service Priority Mail parcel bearing tracking number 9505 5163 4086 3143 0388 04.  **SUBJECT PARCEL 1** is a medium-sized white USPS priority mailbox.  **SUBJECT PARCEL 1** is addressed to "Ashley Cam, 2540 Plaza Del Amo, Torrance, CA 90503."  The return address listed on **SUBJECT PARCEL 1** is "DVD custom LLC's, 1017 Fairwind Cir Plant City Fl, 33562."  **SUBJECT PARCEL 1** was postmarked on May 23, 2023, in the 33566 ZIP code.

    b.    **SUBJECT PARCEL 2** is a United States Postal Service Priority Mail Express parcel bearing tracking number EI 585 800 325 US.  **SUBJECT PARCEL 2** is a cardboard box with clear tape around all edges.  **SUBJECT PARCEL 2** is addressed to "Roger Hewson, 1115 Main Street, Huntington Beach CA 92648."  The return address listed on **SUBJECT PARCEL 2** is "Roskowski, 10100 N Jeffery, Mooresville IN 46159."  **SUBJECT PARCEL 2** was postmarked on May 30, 2023, in the 46268 ZIP code.

    c.    **SUBJECT PARCEL 3** is a United States Postal Service Priority Mail parcel bearing tracking number 9505 5122 8342 3150 0911 79.  **SUBJECT PARCEL 3** is a USPS small flat rate mailing box.  **SUBJECT PARCEL 3** is addressed to "Kaos Industries, 311 Boyd St., Los Angeles, CA 90013."  The return address listed on SUBJECT PARCEL 3 is "Steven Wallace, 7557

Daphne Dr., Syracuse, NY 13212." **SUBJECT PARCEL 3** was postmarked on May 30, 2023, in the 13041 ZIP code.

**ATTACHMENT B**

ITEMS TO BE SEIZED

The following are the items to be seized from **SUBJECT PARCELS** described in Attachment A, which constitute the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance); 846 (Conspiracy to Distribute or Possess with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance):

a.   Any drugs, including cannabis;

b.   Currency, money orders, bank checks, or similar monetary instruments in aggregate quantities over $1,000; and

c.   Packaging material.

**AFFIDAVIT**

I, David Thompson, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Task Force Officer ("TFO") with the United States Postal Inspection Service ("USPIS") and have been so employed since December of 2021. I am currently assigned as a TFO to the Contraband Interdiction and Investigations South Team of the Los Angeles Division, which is responsible for investigating drug trafficking violations involving the U.S. Mail. Prior to being a USPIS TFO, I was an officer with the Chino Police Department, and I have been a sworn law enforcement officer since October 2013.

2. I have received training regarding drug distribution via the U.S. Mail. And I have worked on various drug investigations which included debriefing informants, witnesses, and others who know about manufacturing, distributing, transporting, storing, importing, and laundering the proceeds of drugs. Due to my training and experience, I am familiar with common practices utilized by drug traffickers to smuggle and transport drugs and money through the U.S. Mail.

3. I have participated in many aspects of drug investigations, including investigating smuggling illegal drugs, money laundering, and extortion related to drug trafficking. I am familiar with drug traffickers' methods of operation, including drug manufacture, storage, transportation, and distribution, the collection of drug trafficking proceeds, and

money laundering.  I am also familiar with the manner in which drug traffickers transport and distribute drugs in areas they control.

## II. PURPOSE OF AFFIDAVIT

4.    I make this affidavit in support of an application for a search warrant to search the parcels described below (collectively, the "**SUBJECT PARCELS**"), each of which was shipped through the United States Postal Service ("USPS"):

a.    **SUBJECT PARCEL 1** is a United States Postal Service Priority Mail parcel bearing tracking number 9505 5163 4086 3143 0388 04.  **SUBJECT PARCEL 1** is a medium-sized white USPS priority mailbox.  **SUBJECT PARCEL 1** is addressed to "Ashley Cam, 2540 Plaza Del Amo, Torrance, CA 90503."  The return address listed on **SUBJECT PARCEL 1** is "DVD custom LLC's, 1017 Fairwind Cir Plant City Fl, 33562."  **SUBJECT PARCEL 1** was postmarked on May 23, 2023, in the 33566 ZIP code.

b.    **SUBJECT PARCEL 2** is a United States Postal Service Priority Mail Express parcel bearing tracking number EI 585 800 325 US.  **SUBJECT PARCEL 2** is a cardboard box with clear tape around all edges.  **SUBJECT PARCEL 2** is addressed to "Roger Hewson, 1115 Main Street, Huntington Beach CA 92648."  The return address listed on **SUBJECT PARCEL 2** is "Roskowski, 10100 N Jeffery, Mooresville IN 46159."  **SUBJECT PARCEL 2** was postmarked on May 30, 2023, in the 46268 ZIP code.

c.    **SUBJECT PARCEL 3** is a United States Postal Service Priority Mail parcel bearing tracking number 9505 5122 8342 3150 0911 79.  **SUBJECT PARCEL 3** is a USPS small

2

flat rate mailing box.  **SUBJECT PARCEL 3** is addressed to "Kaos Industries, 311 Boyd St., Los Angeles, CA 90013."  The return address listed on SUBJECT PARCEL 3 is "Steven Wallace, 7557 Daphne Dr., Syracuse, NY 13212."  **SUBJECT PARCEL 3** was postmarked on May 30, 2023, in the 13041 ZIP code.

    5.    The **SUBJECT PARCELS** are currently in the custody of the United Stated Postal Inspection Service ("USPIS"), as described more fully in Attachment A, which is incorporated by reference.  The requested search warrant seeks authorization to seize evidence, fruits, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance), 846 (Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance), and 843(b) (Unlawful Use of a Communication Facility, including the Mails, to Facilitate the Distribution of a Controlled Substance), as described more fully in Attachment B, which is also incorporated by reference.

    6.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, and all dates and times are on or about those indicated.

### III. SUMMARY OF PROBABLE CAUSE

7. Between May 29, 2023 and June 2, 2023, during routine parcel profiling inspections at the City of Industry USPS Processing and Distribution Center in Los Angeles County, California, I identified the **SUBJECT PARCELS** as meeting some of the initial suspicious characteristics common to packages containing contraband, including that they were excessively taped, contained handwritten labels, lacked business account numbers, and, according to law enforcement databases, contained sender and recipient names that were not associated with their respective listed addresses.

8. On June 6, 2023, a trained drug detection dog alerted on each of the **SUBJECT PARCELS** for the presence of drugs or other items, such as the proceeds of drug sales that have been contaminated by drugs.

### IV. STATEMENT OF PROBABLE CAUSE

**A.  Background on Use of Mails for Drug Trafficking**

9. Based on my training and experience as a TFO, and the experiences related to me by fellow Postal Inspectors who specialize in drug investigations, I know the following:

    a.  The Los Angeles area is a major source for drugs. Drugs are frequently transported from the Los Angeles area through the U.S. Mail, and the proceeds from drug sales are frequently returned to the Los Angeles area through the mail. These proceeds are generally in the form of cash, money orders, bank checks, or similar monetary instruments in an amount over $1,000. Based on my training and experience, I know that

4

proceeds from drug sales often contain the drug odor because they have been contaminated by or associated with the odor of one or more drugs.

   b. Drug distributors often use USPS Priority Mail Express, which is the USPS overnight/next-day delivery mail product, or Priority Mail Service, which is the USPS two-to-three-day delivery mail product.  Drug distributors use the Priority Mail Express delivery service because of its speed, reliability, and the ability to track the parcel's progress to delivery.  Drug distributors use the Priority Mail delivery service because it provides them more time for travel between states if they decide to follow their shipments to their destination for distribution. By adding delivery confirmation to a Priority Mail parcel, drug traffickers have the ability to track the parcel's progress to the intended delivery point, as if the parcel had been mailed using the Priority Mail 2-Day Service.

  10. Based on my training and experience as a TFO, and the experiences related to me by fellow Postal Inspectors who specialize in drug investigations, I know that the following indicia suggest that a parcel may contain drugs or drug distribution proceeds:

   a. The parcel is contained in a Large Flat Rate cardboard box;

   b. The parcel bears a handwritten or typed label, whether USPS Express Mail or Priority Mail;

5

   c. The handwritten or typed label on the parcel does not contain a business account number;

   d. The seams of the parcel are all taped or glued shut;

   e. The parcel emits an odor of a cleaning agent or adhesive or spray foam that can be detected by a human; and

   f. Multiple parcels are mailed by the same individual, on the same day, from different locations.

  11. Parcels exhibiting such indicia may be subject of further investigation, which may include verification of the addressee and return addresses and examination by a trained drug detection dog.

  12. I know from my training and experience that drug traffickers often use fictitious or incomplete names and addresses in an effort to conceal their identities from law enforcement officers investigating these types of cases. To the extent that real addresses are ever used, it is only to lend a legitimate appearance to the parcel and is almost always paired with a false name.

  13. And, based on my training and experience, I know that subjects who send or receive drugs and drug proceeds often do not write phone numbers on the parcel to try to hide their association with the parcel. They often send mail from postal facilities outside their own ZIP code to try to hide their association with the parcel. They often hand write addresses on parcels, use return addresses that do not verify with the USPS database, and do not list the sender's last name to try to

6

hide their association with the parcel. And they often use a large amount of tape on the seams of drug packages to try to avoid detection by drug-detection dogs.

### B.  Initial Investigation of the SUBJECT PARCELS

14. Between May 29, 2023, and June 2, 2023, during routine parcel profiling inspections at the City of Industry USPS Processing and Distribution Center, the **SUBJECT PARCELS** were identified as meeting some of the initial suspicious characteristics described above in paragraph 10. The inspection was designed to identify suspicious parcels being processed at USPS facilities.

15. On June 6, 2023, I examined the **SUBJECT PARCELS** more fully and reviewed Thomson Reuters CLEAR[1] database records related to the sender and recipient information listed on the **SUBJECT PARCELS**. Based on that, I determined the following:

    a.  **SUBJECT PARCEL 1** has handwritten addresses in black ink and did not contain a business account number. **SUBJECT PARCEL 1** does not have any phone numbers listed for the sender or recipient. According to CLEAR database records, there was no listed name with the return address on the parcel. And the listed recipient ("Ashley Cam") was not associated with the listed recipient address.

    b.  **SUBJECT PARCEL 2** has a handwritten label and did not contain a business account number. **SUBJECT PARCEL 2** has

---

[1] CLEAR is a public information database used by law enforcement that provides names, addresses, telephone numbers, and other identifying information.

7

excessive tape around the seams of the parcel. **SUBJECT PARCEL 2** also does not have a sender's first name listed on the parcel and the listed last name for the sender was "Roskowski." According to CLEAR database records, the listed last name for the sender was associated with the return address listed on the parcel, and the listed recipient ("Roger Hewson") was associated with the listed recipient address, but only as recently as 2020 and there are other individuals who were associated with that address more recently. As discussed below, however, the parcel was shipped from a post office not associated with the sender's address and a drug detection dog positively alerted to the parcel.

        c.    **SUBJECT PARCEL 3** has a handwritten label in ink, excessive tape wrapped around the parcel, and does not have a phone number listed for the recipient. **SUBJECT PARCEL 3** does not contain a business account number. According to CLEAR database records, there was no association between the listed sender ("Steven Wallace") and the return address on the parcel. And the listed recipient ("Kaos Industries") was not associated with the listed recipient address.

    16.    Each of the **SUBJECT PARCELS** were mailed from postal facilities other than the ZIP code listed for their senders.

    **C.**    **Positive Canine Alert on the SUBJECT PARCELS**

    17.    On June 6, 2023, Chino Police Department Officer Kristina Cortes and her drug-detection dog ("Halina") conducted an exterior examination of each of SUBJECT PARCELS. These

exterior examinations were completed individually, with the use of decoy parcels.

18. Officer Cortes told me that Halina gave a positive alert to each of the **SUBJECT PARCELS**, indicating the presence of drugs or other items that emitted the odor of drugs in each of the **SUBJECT PARCELS**.

19. Attached hereto as Exhibit 1, which I incorporate fully herein by reference, are true and correct copies of affidavits from Officer Cortes. In these affidavits, Officer Cortes describes her training and experience with drug-detection dogs, describes Halina's training and experience in detecting drugs, affirms that Halina is a certified drug-detection dog, and describes Halina's examination of each of the **SUBJECT PARCELS**.

## V. CONCLUSION

20. For the reasons above, there is probable cause to believe that the items listed in Attachment B, which constitute evidence, fruits, and instrumentalities of the **SUBJECT OFFENSES**, will be found in the **SUBJECT PARCELS**, as described in Attachment A.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this ____ day of June
2023.

_____
THE HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

Exhibit 1

## AFFIDAVIT

### HANDLER KRISTINA CORTES AND K9 "HALINA"

I, **Officer Kristina Cortes,** attended the Adlerhorst Police Dog Handler Course in September 2020 with Police Service Dog (PSD) Halina. I received 240 hours of instruction in basic police dog handling skills. PSD Halina and I were certified as a patrol team in October 2020. In January 2022, PSD Halina and I attended the Adlerhorst Police Dog School Drug Detection Class. During this course, PSD Halina and I receive 240 hours of instruction in the detection of the odor of illegal drugs. In February 2022, PSD Halina and I passed a certification test in the detection of the odor of illegal drugs. During this course, I personally observed PSD Halina alert to the presence of the odor of an illegal drug. I am familiar and knowledgeable in the behavior's PSD Halina engages in when she detects the odor of illegal drugs.

I have been a Peace Officer since 2015 and have been present at hundreds of drug investigations since the start of my career. I have received formal training from the Long Beach Police Department and the Chino Police Department.

I do continual training with PSD Halina through Adlerhorst International and out in the field during patrol or training sites hosted by different police departments. The training includes various hiding locations including, but not limited to: vehicles, buildings, bags, parcels and open areas. This training also includes proofing PSD Halina on novel odors such as: plastic, boxes, latex, tape, metal, money (circulated and un-circulated) and food. I also proof PSD Halina off my human odor. This training is on-going and continual.

On 6-6-2023 1515, TFO **Thompson** asked the assistance of PSD Halina and I in a narcotic parcel investigation. PSD Halina alerted to the presence of the odor of an illegal drug emitting from the following:

USPS parcel: 9505 5163 4086 3143 0388 04

Addressed to: ASHLEY CAM
2540 PLAZA DEL AMO
TORRANCE CA
90503

K9 Officer Kristina Cortes #4010
Chino Police Department

## AFFIDAVIT

## HANDLER KRISTINA CORTES AND K9 "HALINA"

I, **Officer Kristina Cortes,** attended the Adlerhorst Police Dog Handler Course in September 2020 with Police Service Dog (PSD) Halina. I received 240 hours of instruction in basic police dog handling skills. PSD Halina and I were certified as a patrol team in October 2020. In January 2022, PSD Halina and I attended the Adlerhorst Police Dog School Drug Detection Class. During this course, PSD Halina and I receive 240 hours of instruction in the detection of the odor of illegal drugs. In February 2022, PSD Halina and I passed a certification test in the detection of the odor of illegal drugs. During this course, I personally observed PSD Halina alert to the presence of the odor of an illegal drug. I am familiar and knowledgeable in the behavior's PSD Halina engages in when she detects the odor of illegal drugs.

I have been a Peace Officer since 2015 and have been present at hundreds of drug investigations since the start of my career. I have received formal training from the Long Beach Police Department and the Chino Police Department.

I do continual training with PSD Halina through Adlerhorst International and out in the field during patrol or training sites hosted by different police departments. The training includes various hiding locations including, but not limited to: vehicles, buildings, bags, parcels and open areas. This training also includes proofing PSD Halina on novel odors such as: plastic, boxes, latex, tape, metal, money (circulated and un-circulated) and food. I also proof PSD Halina off my human odor. This training is on-going and continual.

On _6-6-23_ _15 19_ , TFO _THOMPSON_ asked the assistance of PSD Halina and I in a narcotic parcel investigation. PSD Halina alerted to the presence of the odor of an illegal drug emitting from the following:

**USPS parcel:** _EI 585 800 325 US_

**Addressed to:** _ROGER HEWSON_
_1115 MAIN ST_
_HUNTINGTON BEACH CA_
_92648-2718_

_[signature]_ 4010
K9 Officer Kristina Cortes #4010
Chino Police Department

## AFFIDAVIT

## HANDLER KRISTINA CORTES AND K9 "HALINA"

I, **Officer Kristina Cortes,** attended the Adlerhorst Police Dog Handler Course in September 2020 with Police Service Dog (PSD) Halina. I received 240 hours of instruction in basic police dog handling skills. PSD Halina and I were certified as a patrol team in October 2020. In January 2022, PSD Halina and I attended the Adlerhorst Police Dog School Drug Detection Class. During this course, PSD Halina and I receive 240 hours of instruction in the detection of the odor of illegal drugs. In February 2022, PSD Halina and I passed a certification test in the detection of the odor of illegal drugs. During this course, I personally observed PSD Halina alert to the presence of the odor of an illegal drug. I am familiar and knowledgeable in the behavior's PSD Halina engages in when she detects the odor of illegal drugs.

I have been a Peace Officer since 2015 and have been present at hundreds of drug investigations since the start of my career. I have received formal training from the Long Beach Police Department and the Chino Police Department.

I do continual training with PSD Halina through Adlerhorst International and out in the field during patrol or training sites hosted by different police departments. The training includes various hiding locations including, but not limited to: vehicles, buildings, bags, parcels and open areas. This training also includes proofing PSD Halina on novel odors such as: plastic, boxes, latex, tape, metal, money (circulated and un-circulated) and food. I also proof PSD Halina off my human odor. This training is on-going and continual.

On 6-6-23 1523, TFO Thompson asked the assistance of PSD Halina and I in a narcotic parcel investigation. PSD Halina alerted to the presence of the odor of an illegal drug emitting from the following:

USPS parcel: 9505 5122 8342 3150 0911 79

Addressed to: 311 BOYD ST
LOS ANGELES CA 90013-1509

K9 Officer Kristina Cortes #4010
Chino Police Department